# United States District Court
## For The District of Colorado

---

Criminal Action No. 96-cr-00048-ABJ

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

DEYON THOMAS,

        Defendant.

---

**ORDER REQUIRING UNITED STATES TO RESPOND TO DEFENDANT'S AMENDED MOTION AND REQUIRING THE UNITED STATES PROBATION OFFICE TO SUBMIT AN ADDENDUM TO THE PRESENTENCE REPORT**

---

The above-entitled matter came before the Court upon a motion filed by Mr. Thomas in which he seeks a modification of his sentence in light of amendments to the United States Sentencing Guidelines effecting the calculation of sentences for offenders whose sentences involved "crack" cocaine. On April 18, 2008, the Court set a briefing schedule. On May 19, 2008, the Court granted a motion for extension of time for Defendant to file his supplemental motion for sentence reduction. This amended motion was received on June 19, 2008. The Court now requests that the United States and the United States Probation Office comply with the Court's scheduling order.

NOW, THEREFORE, IT IS HEREBY ORDERED that the United States shall respond to Defendant's amended motion no later than July 7, 2008. The United States shall also file any supplemental motions it believes are necessary no later than July 7, 2008. It is

FURTHER ORDERED that the United States Probation Office shall review the Defendant's original presentence investigation and report (PSR) and submit an addendum to the PSR regarding the appropriateness of a sentence reduction. The addendum to the PSR shall be provided to the Court no later than July 7, 2008.

Dated this 26th day of June, 2008.

*Alan B Johnson*

UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION