# United States District Court
## For The District of Colorado

Criminal Action No. 96-cr-048-ABJ

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

DEYON THOMAS,

        Defendant.

## ORDER GRANTING MOTION FOR REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. 3582(C)(2)

The above-entitled matter came before the Court upon a motion filed by Mr. Thomas in which he seeks a modification of his sentence in light of amendments to the United States Sentencing Guidelines effecting the calculation of sentences for offenders whose sentences involved "crack" cocaine. 18 U.S.C. § 3582(C)(2). On April 18, 2008, the Court granted Mr. Thomas' motion to appoint counsel and set a briefing schedule. After reviewing the motion for sentencing relief submitted by appointed counsel, and the government's response, the Court finds that Mr. Thomas should be granted a reduction in sentence as to Count I.

On September 16, 1996, Mr. Thomas was sentenced as follows:

**Count One** - Possession with Intent to Distribute Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)) **262 months imprisonment** with 10 years supervised release;
**Count Two** - Possession of Firearm by a Convicted Felon (18 U.S.C. §

922(g)(1)) **120 months imprisonment** with 3 years supervised release to be served **concurrent** to the sentence on Count One.

**Count Three** - Use/Carrying Firearm during Drug Trafficking Crime (18 U.S.C. § 924(c)(1)) **60 months imprisonment consecutive** to the sentences in Counts One and Two.

In light of the United States Sentencing Commission's reduced sentencing guideline for the possession with intent to distribute crack cocaine, Amendment 706, and after considering the factors set forth in 18 U.S.C. § 3553(a), the Court finds that Mr. Thomas' sentence as to Count One should be reduced to the mandatory minimum of **240 months**. This mandatory minimum is based on the fact that Mr. Thomas faced an enhanced sentence due to a prior felony drug conviction in Maricopa County, Arizona. Mr. Thomas is not entitled to relief as to the sentence that he received for Counts Two and Three because those counts did not involve any changes in the sentencing guidelines. The mandatory minimum sentence as to Count Three is 60 months to run consecutive to Counts One and Two.

The Court finds that Mr. Thomas' sentence as to Count One should be reduced to 240 months, the mandatory minimum, while maintaining the original sentences of 120 months to be served concurrent as to Count Two and 60 months to be served consecutive as to Count Three. In sum, the Court finds that the reduction in sentencing guidelines for the possession with intent to distribute crack cocaine results in a total of 300 months imprisonment for Mr. Thomas.

NOW, THEREFORE, IT IS HEREBY ORDERED that Mr. Thomas' sentence as to Count One should be reduced to the mandatory minimum of **240 months**.

Dated this 10th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION