# United States District Court
## For The District of Colorado

Criminal Action No. 96-CR-048-ABJ

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

DEYON THOMAS,

        Defendant.

## ORDER REQUIRING PARTIES TO RESPOND TO TENTH CIRCUIT ORDER AND SETTING HEARING

The above-entitled matter came before the Court upon the Tenth Circuit's partial remand of Mr. Thomas' case. The Court must rule on Mr. Thomas' request for a belated appeal. In order to assist with the Court's determination of good cause or excusable neglect under Fed. R. App. P. 4(b)(4), Defendant should file a brief addressing the issue, no later than September 22, 2008. The United States should respond to Defendant's brief, no later than October 2, 2008. A telephone hearing on this matter shall be conducted at 8:30 a.m. on October 8, 2008. Counsel for Defendant is responsible for arranging that counsel and Mr. Thomas all call the Court at 307-433-2170 on one and the same telephone line.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Defendant shall file a brief with the Court no later than September 22, 2008. It is

FURTHER ORDERED that the United States shall respond to Defendant's brief no later than October 2, 2008. It is

FINALLY ORDERED that this matter is set for a telephone hearing at 8:30 a.m. on October 8, 2008.

Dated this 11th day of September, 2008.

*/s/ Alan B. Johnson*
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION