IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 96-cr-00048-CMA
Civil Action No. 11-cv-03075-CMA

UNITED STATES OF AMERICA,

v.

1. DEYON THOMAS,

    Movant.

_____

## JUDGMENT
_____

     Pursuant to and in accordance with the Order Deny 28 U.S.C. § 2255 Motion entered by

the Honorable Christine M. Arguello (ECF No. 175), the following Judgment is hereby entered:

    1.    The Motion Seeking Relief Pursuant to 28 U.S.C. § 2255, (Doc. # 172), filed on

        November 23, 2011, is DENIED; and

    2.    That leave to proceed in forma pauperis on appeal is DENIED.

    3.    That no certificate of appealability will issue because Movant has not made a

        substantial showing of the denial of a constitutional right.

    4.    That the corresponding civil action is dismissed.

    Dated at Denver, Colorado this   25th   day of January, 2012.

               FOR THE COURT:

               GREGORY C. LANGHAM, CLERK

               By:  s/ Edward P. Butler        
                    Edward P. Butler, Deputy Clerk