FILED
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

May 18, 2012

Elisabeth A. Shumaker
Clerk of Court

In re:

DEYON THOMAS,

    Petitioner.

No. 12-1100
(D.C. No. 1:96-CR-00048-CMA-1)
(D. Colo.)

**ORDER**

Before **BRISCOE**, Chief Judge, **EBEL** and **HARTZ**, Circuit Judges.

    Deyon Thomas, a federal inmate, has brought a "Petition for a Writ of Error" challenging the validity of his criminal convictions. The petition is improper. "The exclusive remedy for testing the validity of a judgment and sentence, unless it is inadequate or ineffective, is that provided for in 28 U.S.C. § 2255." *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996) (quotation omitted). It appears that Mr. Thomas already has filed at least one § 2255 motion, but the fact that a petitioner "is precluded from filing a second § 2255 petition does not establish that the remedy in § 2255 is inadequate." *Caravalho v. Pugh*, 177 F.3d 1177, 1179 (10th Cir. 1999).

    The "Petition for Writ of Error" is DENIED. The motion for leave to proceed

in forma pauperis is DENIED.

                              Entered for the Court

                              *[signature: Elisabeth A. Shumaker]*

                              ELISABETH A. SHUMAKER, Clerk