IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 96-cr-00048-CMA

UNITED STATES OF AMERICA,

v.

1. DEYON THOMAS,

    Defendant.

---

## JUDGMENT
---

Pursuant to and in accordance with the Order Construing Writ of Audita Querela as a 28 U.S.C. § 2255 Motion and Denying the Motion (ECF No. 190), the following Judgment is hereby entered:

1. The Motion to Vacate Under 28 U.S.C. § 2255, (Doc. # 188), filed on May 31, 2012, is DENIED for lack of jurisdiction.

2. That under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is denied.

Dated at Denver, Colorado this ___29th___ day of June, 2012.

                FOR THE COURT:

                GREGORY C. LANGHAM, CLERK

                By: _s/ Edward P. Butler_____
                    Edward P. Butler, Deputy Clerk